IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01686–RM–KMT

BELICE PLIEGO on her own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

LOS ARCOS MEXICAN RESTAURANTS, INC., d/b/a Los Arquitos Mexican Restaurant, Los Arquitos, Los Arquitos, Inc., Los Arcos, Inc. and Los Arcos Mexican Restaurant,
AMR-LONE TREE, INC., d/b/a Los Arcos Mexican Restaurant,
AMR-WESTLAND, INC.,
JUAN LUEVANO,
IGNACIO LUEVANO,
RAMON LUEVANO,
SANDRA LUEVANO, and
LIZ LUEVANO,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants Los Arcos Mexican Restaurants, Inc., AMR-Lone Tree, Inc. and AMR-Westland, Inc.'s Unopposed Motion to Amend Answer" (Doc. No. 17, filed Sept. 23, 2014) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(1)(A). The Clerk of Court is directed to file Defendants' "First Amended Answer to Class and Collective Action Complaint for Unpaid Wages." (Doc. No. 17-1.)

Dated: September 24, 2014