IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01686–RM–KMT

BELICE PLIEGO on her own behalf and on behalf of all others similarly situated,

      Plaintiff,

v.

LOS ARCOS MEXICAN RESTAURANTS, INC., d/b/a Los Arquitos Mexican Restaurant, Los Arquitos, Los Arquitos, Inc., Los Arcos, Inc. and Los Arcos Mexican Restaurant,
AMR-LONE TREE, INC., d/b/a Los Arcos Mexican Restaurant,
AMR-WESTLAND, INC.,
JUAN LUEVANO,
IGNACIO LUEVANO,
RAMON LUEVANO,
SANDRA LUEVANO, and
LIZ LUEVANO,

      Defendants.

---

## ORDER SETTING DISCOVERY SCHEDULE

---

      This matter is before the court on the parties Notice of Failure of Settlement [Doc. No. 65]. The Second Amended Scheduling Order [Doc. No. 52] shall be amended as follows:

      Deadline for Joinder of Parties and Amendment of Pleadings: August 13, 2015 (§9a)

      Deadline for Defendants to file Response to Plaintiff's Motion to Proceed as Collective

Action [Doc. No. 2]: **July 27, 2015**.[1] (§9b)

---

[1] Given the delay of this case in pursuit of settlement, the schedule for completion of briefing on Doc. No. 2 will be expedited.

Deadline for Plaintiff to file a Reply to Defendants Response to Plaintiff's Motion to Proceed as a Collective Action:  **August 3, 2015**. (new § 9c)

Discovery cut-off: March 28, 2016.  (§ 9d)

Dispositive Motion deadline: April 28, 2016. (§ 9e)

The final pretrial conference set for March 15, 2016 at 9:30 a.m. is **VACATED**.  A telephonic final pretrial conference will be held on July 7, 2016 at 9:30 a.m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference. (§ 10b)

All other provisions of the Second Amended Scheduling Order remain in full force and effect.

**SO ORDERED**.

Dated this 14th day of July, 2015.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge