IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01686-RM-KMT | Date: | February 16, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:* | *Counsel:*
---|---
BELICE PLIEGO on her own behalf and on behalf of all others similarly situated, | Brandt Milstein
    Plaintiff, |
v. |
LOS ARCOS MEXICAN RESTAURANTS, INC., d/b/a Los Arquitos Mexican Restaurant, Los Arquitos, Los Arquitos, Inc., Los Arcos, Inc. and Los Arcos Mexican Restaurant,<br>AMR-LONE TREE, INC., d/b/a Los Arcos Mexican Restaurant,<br>AMR-WESTLAND, INC.,<br>JUAN LUEVANO,<br>IGNACIO LUEVANO,<br>RAMON LUEVANO,<br>SANDRA LUEVANO, and<br>LIZ LUEVANO, | Emily Hobbs-Wright<br>Greg Eurich
    Defendants. |

## COURTROOM MINUTES

**TELPHONIC STATUS CONFERENCE**

**11:34 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding Class Notice, award of attorney fees, class list, mailing the notice, and review of the Class Notice.

**ORDERED:** Plaintiff's Motion for Attorney Fee [71] is GRANTED.  The Court permits 33% of the common fund and awards Plaintiff's counsel $57,142.95 as attorney fees.

**ORDERED:** The following dates were set at today's hearing:
- **Class list to Class Administrator – February 16, 2016**
- **Class Notice mailing – March 7, 2016**
- **Spanish translation of Class Notice to Class Administrator – February 23, 2016**
- **Defendant shall distribute the Class Notice to current employees for two consecutive pay periods after February 23, 2016.**
- **Defendants' payment to Class Administrator in the amount of $178,928.81 – March 17, 2016**
- **End of the Claim/Opt Out period – May 6, 2016**
- **Objections from punitive class members – April 18, 2016**

**ORDERED:** A Fairness Hearing is set for May 13, 2016 at 10:00 a.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya.  The parties shall submit a proposed order, as discussed, on or before May 6, 2016.

Court agrees any correspondence with the settlement administrator shall include both parties.

Further discussion and review of the Class Notice.

**ORDERED:** The parties shall file a final Class Notice, in English and Spanish, based on the discussions held at today's hearing.

**12:04 p.m.**     Court in recess.

Hearing concluded.
Total in-court time    00:30

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.